An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

EUGENE FALLON, INDIVIDUALLY;
AND CIS GROUP, LIMITED.
Appellants,
vs.
BRIAN GABBERT, INDIVIDUALLY;
RICHARD GABBERT, INDIVIDUALLY;
AND INTEGRITY MEDICAL
MANAGMENT SYSTEMS, INC., A
NEVADA CORPORATION,
Respondents.

No. 65797

FILED

FEB 1 0 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is an appeal from a district court default judgment as to certain defendants. Eighth Judicial District Court, Clark County; Kathleen E. Delaney, Judge.

Respondents have moved to dismiss this appeal for lack of jurisdiction, asserting that it was prematurely filed before the district court resolved all claims pertaining to all the parties in the case below, the district court has not issued a final judgment in the case, and the district court did not certify the default judgment as final under NRCP 54(b). Appellants oppose the motion, arguing that this court should promote judicial economy by looking at what the order does—disposing of two defendants—rather than the fact that it is not a final appealable order and does not certify finality under NRCP 54(b).

Having considered the parties' arguments, we grant the motion to dismiss. NRAP 3A(b)(1) permits an appeal from a final judgment. A final judgment is one that resolves all claims as to all parties. *Lee v. GNLV Corp.*, 116 Nev. 424, 995 P.2d 416 (2000). Because claims remain against certain defendants and the default judgment was

15-04327

not certified under NRCP 54(b), the default judgment is not a final appealable judgment. Accordingly, as no final judgment has been entered below, we lack jurisdiction and we

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc:    Hon. Kathleen E. Delaney, District Judge
Phillip Aurbach, Settlement Judge
Warm Springs Law Group
Glen Lerner Injury Attorneys
Eighth District Court Clerk